**STUART A. JACKSON, P.C.**
70 EAST 55TH STREET
NEW YORK, NY 10022-3222
(212) 755-0500
FAX: (212) 755-2140
saj@maidman.org

March 13, 2012

VIA ECF

Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Vaz v. United Airlines Corp.*, No 11-CV-3816

Dear Judge Weinstein:

    I represent the Plaintiff in the above referenced matter.

    I am pleased to report that the parties have settled their dispute and Counsel will be preparing a Stipulation of Discontinuance with prejudice which Stipulation when executed will be transmitted to the Court.

                                                        Respectfully,

                                                        /s/
                                                     Stuart A. Jackson

cc:    Jeremi L. Chylinski (via ECF)